**UNITED STATES COURT OF APPEALS**
**FOR THE FOURTH CIRCUIT**
1100 East Main Street, Suite 501, Richmond, Virginia 23219

September 25, 2023

_____

DOCKET CORRECTION NOTICE

_____

No.    23-1360,         Michael Shipton v. Baltimore Gas and Electric
                        Company
                        1:20-cv-01926-LKG


           National Employment Lawyers Association
TO:        National Insitute for Worker's Rights
           Better Balance

FILING CORRECTION DUE:  October 2, 2023

Please make the correction identified below and file a corrected document by the
date indicated.

| |
|---|
| [ ] Document was illegible, incomplete, or incorrect. Please correct as described and refile: [_____]. |
| [ ] Incorrect event used. Please refile document using [_____]. |
| [ ] Incorrect filer selected. Please refile document, selecting correct filer. |
| [ ] PDF file is incompatible with CM/ECF. Please correct and refile the document. |
| [ ] Brief is not text-searchable. Please refile brief as a text-searchable PDF. |
| [ ] The court will enter an appearance only for counsel who have registered for electronic filing. Please register at **www.ca4.uscourts.gov** and refile document. |
| [ ] CD/DVD(s) submitted requires special software for viewing. Re-submit CD/DVD(s) with files accessible from Windows Media Player, Real Player, Adobe Acrobat or Microsoft Office. |
| [ ] The court will enter an appearance only for counsel who are members in good standing of the court's bar. To apply for membership, submit an |

| |
|---|
| **application for admission** to practice. |
| [ ] Document requires signature. Please sign and refile the document. |
| [ ] The entry "administrative record adopted" must be docketed in this case. |
| [X] Other: Please correct as described and refile: [**Please refile the motion separated from the brief as a separate motion filing, please refile the amicus brief only using the amicus brief entry and upload an appearance form as an additional document to the brief filing, also a corporate disclosure statement should be filed as an additional document**]. |

Tony Webb, Deputy Clerk
804-916-2702