UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 23-1360
(1:20-cv-01926-LKG)

_____

MICHAEL SHIPTON

    Plaintiff - Appellant

v.

BALTIMORE GAS AND ELECTRIC COMPANY; EXELON CORPORATION; EXELON BUSINESS SERVICES COMPANY, LLC; MICHAEL GROSSCUP; EDWARD WOLFORD; JEANNE STORCK; THEOS MCKINNEY; BINDU GROSS

    Defendants - Appellees

_____

**APPELLEES' RESPONSE TO THE MOTION FOR LEAVE TO FILE AN AMICUS BRIEF FILED BY NATIONAL INSTITUTE FOR WORKERS' RIGHTS, NATIONAL EMPLOYMENT LAWYERS ASSOCIATION, AND A BETTER BALANCE**

_____

Pursuant to Federal Rule of Appellate Procedure 29 and the Court's September 25, 2023 Notice, Appellees Baltimore Gas & Electric Company, Exelon Corporation, Exelon Business Services Company, LLC, Michael Grosscup, Jeanne Storck, Edward Woolford, and Bindu Gross consent to the request by the National Institute of Workers' Rights, National Employment Lawyers Association, and A Better Balance for leave to file an amicus brief.

1

Respectfully submitted,

*/s/ Adam T. Simons*
Elena D. Marcuss
Adam T. Simons
Rebecca W. Lineberry
McGuireWoods LLP
500 East Pratt Street
Suite 1000
Baltimore, Maryland 21202
410-659-4400

Jonathan Y. Ellis
McGuireWoods LLP
501 Fayetteville Street
Suite 500
Raleigh, NC 27601
919-755-6688

Counsel for Appellees

## **CERTIFICATE OF COMPLIANCE**

This response complies with the type-volume limitation of Fed. R. App. P 27 because this response contains 63 words. This response complies with the type face requirement of Fed. R. App. P. 32(a)(5) and the type-style requirements of Fed. R. App. P. 32(a)(6) because this brief was prepared in a proportionally-spaced typeface using Microsoft Word in 14-point Times New Roman Font.

<u>October 4, 2023</u>                                           */s/ Adam T. Simons*
Date                                                                    Adam T. Simons
                                                                             Counsel for Appellees

# **CERTIFICATE OF SERVICE**

      I hereby certify that on October 4, 2023, I served a copy of the foregoing via the Court's CM/ECF system to:

Tonya Baña
4305 Saint Paul Street
Baltimore, Maryland 21218
tonya@tonyabana.com

*Counsel for Appellant*

Carla Denette Brown, Esq.
Charlson Bredehoft Cohen Brown & Nadelhaft, PC
11260 Roger Bacon Drive
Suite 201
Reston, VA 20190-0000
cbrown@cbcblaw.com

Jason Solomon
National Institute for Workers' Rights
1800 Sutter Street, #210
Concord, CA 94520
jsolomon@niwr.org

Erika Jacobsen White
Joseph, Greenwald & Laake, PA
6404 Ivy Lane, Suite 400
Greenbelt, MD 20770-0000
ewhite@jgllaw.com

*Counsel for Amici Curiae*

              */s/ Adam T. Simons*
              Adam Simons