# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

1100 East Main Street, Suite 501, Richmond, Virginia 23219

December 18, 2023

_____

## RESPONSE REQUESTED - SIMILAR CASES

_____

No.   23-1360,      <u>Michael Shipton v. Baltimore Gas and Electric Company</u>
                    1:20-cv-01926-LKG

TO:   Bindu Gross
      Exelon Corporation
      A Better Balance
      Baltimore Gas and Electric Company
      Michael Shipton
      National Employment Lawyers Association
      Michael Grosscup
      Jeanne Storck
      Edward Wolford
      Exelon Business Services Company, LLC
      National Institute for Workers' Rights

RESPONSE DUE: 12/21/2023

Response is required to the notice requesting information regarding similar cases on or before 12/21/2023. Please use the following form to submit response: **[Disclosure - Similar Issues](#)**, using the event: <u>RESPONSE/ANSWER (to Similar Case notice)</u>.

Tony Webb, Deputy Clerk
804-916-2702