# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

1100 East Main Street, Suite 501, Richmond, Virginia 23219

August 21, 2023

_____

## DOCKET CORRECTION NOTICE

_____

No.   23-1360,    Michael Shipton v. Baltimore Gas and Electric Company
1:20-cv-01926-LKG

TO:   Michael Shipton

BRIEF OR JOINT APPENDIX CORRECTION DUE:  August 28, 2023

Please make the correction identified below and file a corrected document by the due date indicated. Use the **BRIEF** or **JOINT APPENDIX** entry and select "Corrected" as a modifier if corrections require the refiling of the electronic brief/joint appendix. Arrangements may be made with the clerk for return of paper copies for correction, if applicable. The time for filing the next brief is unaffected by this notice.

---

[ X ] The court will not accept appendices containing "condensed" transcript wherein several pages of transcript appear on a single sheet. Please correct and refile the appendix, as well as any electronic brief if citations will be affected.

[ X ] Joint Appendix may not exceed 1 ½ inch thickness. (If corrected appendix exceeds current page count of 675, please separate the appendix into two volumes)

---

Taylor Barton, Deputy Clerk
804-916-2702