# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

1100 East Main Street, Suite 501, Richmond, Virginia 23219

April 23, 2024

_____

RESPONSE REQUESTED

_____

No.   23-1360,         Michael Shipton v. Baltimore Gas and Electric Company
                      1:20-cv-01926-LKG

TO:   Appellees

RESPONSE DUE: 05/03/2024

Response is required to the motion for leave to file supplemental briefs on or before 05/03/2024.

Tony Webb, Deputy Clerk
804-916-2702